UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                               :

UNITED STATES OF AMERICA,                     :

            -v-                                     :             20-CR-645-04 (PAE)

JOSEPH BALLESTRA,                          :             <u>AMENDED</u>
                                                                          :           <u>SCHEDULING ORDER</u>
                Defendant.                   :

------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

       In light of defendant's inability to appear for this morning's conference, the Court reschedules the change of plea hearing, originally scheduled for today to **September 14, 2021** at **4:00 p.m.** in **Coutroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY. The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer.  For the safety of all involved, the Court requests that members of the public who wish to attend this conference use the following dial in information to access the conference; call 888-363-4749 and use access code 468-4906.

       SO ORDERED.

Dated: September 10, 2021
       New York, New York

                                                           PAUL A. ENGELMAYER
                                                           United States District Judge